Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 800
Los Angeles, CA  91436
T: (818) 200-1497; F: (818) 869-2208
Attorneys for Plaintiff,
APOLINAR GLORIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| APOLINAR GLORIA<br><br>Plaintiff,<br><br>v.<br><br>ERI FINANCIAL SERVICES,<br><br>Defendant. | Case No.: 2:16-cv-6209<br><br>**COMPLAINT**<br><br>**(Unlawful Debt Collection Practices)** |

APOLINAR GLORIA (Plaintiff), by his attorneys, WESTGATE LAW, alleges the following against ERI FINANCIAL SERVICES (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28

U.S.C. 1367 grants this court supplemental jurisdiction over the state law claims contained herein.

4. Defendant conducts business in the state of California; therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Riverside, Riverside County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a business with offices in Corona, California.

## FACTUAL ALLEGATIONS

10. Since 2015, and specifically within one year prior to the filing of this action, Defendant contact and/or attempted to contact Plaintiff to collect money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction and/or "consumer debt."

11. In its attempts to collect an alleged debt from Plaintiff, Defendant placed collection phone calls to Plaintiff at Plaintiff's cellular telephone ending in 9456.

12. In or around August of 2016, Defendant placed a collection call to Plaintiff's

cellular telephone and left a voicemail message.

13. In the voicemail message, Defendant's representative, "Richie," failed to state that the call was being placed by a debt collector, and failed to state that the call was being placed in an attempt to collect an alleged debt. *See* Transcribed Voicemail Message attached hereto as Exhibit "A."

14. In the voicemail message, Defendant's representative, "Richie," directed Plaintiff to return the call to 951-547-3196 which is a number that belongs to Defendant. *See* Exhibit "A."

### FIRST CAUSE OF ACTION
**(Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692)**

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, APOLINAR GLORIA, respectfully requests judgment be entered against Defendant, ERI FINANCIAL SERVICES, INC., for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

18. Any other relief that this Honorable Court deems appropriate.

## SECOND CAUSE OF ACTION
### (Violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788)

19. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

20. Defendant violated the RFDCPA based on the following:

    a. Defendant violated §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692.

WHEREFORE, Plaintiff, APOLINAR GLORIA, respectfully requests judgment be entered against Defendant, ERI FINANCIAL SERVICES, INC. for the following:

21. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.30(c), and

23. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  August 18, 2016            WESTGATE LAW

By: /s/ Matthew A. Rosenthal _
　　Matthew A. Rosenthal
　　Attorney for Plaintiff