Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 800
Los Angeles, CA  91436
T: (818) 200-1497; F: (818) 869-2208
Attorneys for Plaintiff,
APOLINAR GLORIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| APOLINAR GLORIA<br><br>Plaintiff,<br><br>v.<br><br>ERI FINANCIAL SERVICES,<br><br>Defendant. | Case No.: 5:16-cv-01779-JGB<br><br>**VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FRCP 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff APOLINAR GLORIA, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to herself in his individual capacity *with prejudice*. Defendant ERI Financial Services has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

                                          RESPECTFULLY SUBMITTED,

Date: September 12, 2016                         **WESTGATE LAW**

                                          By:*/s/ Matthew A. Rosenthal*
                                                  Matthew A. Rosenthal
                                                  Attorneys for Plaintiff